**John SHAW, aka John Hsia, Plaintiff–Appellant,**

v.

**Andre CHANG, Officer, Defendant–Appellee.**

No. 15–15173.

United States Court of Appeals, Ninth Circuit.

Submitted April 26, 2016.*

Filed May 3, 2016.

John Shaw, Canoga Park, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Aryn Paige Harris, Meghan Feronie Loisel, Esquire, Deputy County Counsel, San Jose, CA, for Defendant–Appellee.

Before: McKEOWN, WARDLAW and PAEZ, Circuit Judges.

MEMORANDUM ***

John Shaw a.k.a John Hsia, a former California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that he was denied access to the courts while he was incarcerated. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's summary judgment. *Tatum v. City & County of San Francisco,* 441 F.3d 1090, 1094 n. 3 (9th Cir.2006). We affirm.

The district court properly granted summary judgment because Shaw failed to raise a genuine dispute of material fact as to whether defendant's actions caused the dismissal of Shaw's federal habeas action or otherwise impaired Shaw's ability to pursue federal habeas relief. *See Lewis v. Casey,* 518 U.S. 343, 349–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (access-to-courts claim requires showing that the defendant's conduct caused actual injury to a non-frivolous legal claim).

Because we affirm on the merits, we do not reach the district court's alternate basis for granting summary judgment that

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Shaw did not exhaust his administrative remedies.

We do not consider arguments raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir. 2009).

Shaw's pending motions and requests are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.